UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC SCHWARTZ, M.D., et al.,<br><br>    Defendants. | Case No. 24-cv-07280-JSW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; GRANTING MOTION FOR APPEAL; STRIKING AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 6, 7 |

Plaintiff, proceeding pro se, filed this civil rights case under 42 U.S.C. § 1983 against doctors at Napa State Hospital ("NSH"), where he has been involuntarily committed. This case was dismissed for failure to state a cognizable claim for relief, and leave to amend was not granted. Plaintiff nevertheless filed an amended complaint, as well as motions for reconsideration and "for appeal." (ECF Nos. 6-8.)

The complaint alleged Defendants failed to accurately maintain his medical records and refused to cancel a medication. The complaint was dismissed because the facts alleged did not support a reasonable inference of deliberate indifference to his serious medical needs. In the motion for reconsideration, Plaintiff asserts the complaint stated a claim that Defendants retaliated against him for filing lawsuits and/or administrative grievances. Neither the complaint nor the amended complaint asserts retaliation, mentions Plaintiff's prior lawsuits or grievances, or alleges Defendants' knowledge of any such lawsuits or grievances. In addition, the amended complaint does not allege any additional facts that support an inference of deliberate indifference. Consequently, the motion for reconsideration is DENIED.

The motion for appeal simply provides the elements of a "common-law fraud" claim without any explanation as to how this relates to his complaint or appeal. To the extent Plaintiff seeks to argue he is making a fraud claim, there are no facts alleged in the complaint that support a

reasonable inference Plaintiff relied upon any misrepresentation by Defendant or that Defendant intended to defraud Plaintiff. Accordingly, the "motion for appeal" is DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2025

JEFFREY S. WHITE
United States District Judge